OPINION — AG — ** OKLAHOMA CAMPAIGN CONTRIBUTIONS AND EXPENDITURES ACT — LIMIT — STATE BALLOT QUESTION ** (1) THE PROVISIONS OF THE OKLAHOMA CAMPAIGN CONTRIBUTIONS AND EXPENDITURES ACT, 26 O.S. 15-101 [26-15-101] ET SEQ., MAY 'NOT' BE READ SO AS TO PLACE A LIMIT ON CONTRIBUTIONS TO AN ORGANIZATION FORMED SOLELY TO SUPPORT OR OPPOSE A STATE BALLOT QUESTION. (2) OPINION NO. 80-068, OPINION NO. 77-193 ARE HEREBY WITHDRAWN. (POLITICAL CAMPAIGN CONTRIBUTION, ORGANIZATION, EXPENDITURES, CANDIDATE, INITIATIVE PETITION, POLITICAL ACTION CAMPAIGN) CITE: 26 O.S. 15-101 [26-15-101], 26 O.S. 15-102 [26-15-102], 26 O.S. 15-103 [26-15-103], 26 O.S. 15-108 [26-15-108], OPINION NO. 77-193, OPINION NO. 80-068 (ELECTIONS) (WILLIAM J. BULLARD) ** SEE OPINION NO. 87-530 (1987) **